expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.

66 A.3d 1251

IN THE MATTER OF SHANG KOO SHIM, AN ATTORNEY AT LAW (ATTORNEY NO. 006932006).

May 29, 2013.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 12–414 of **SHANG KOO SHIM** of **FORT LEE,** who was admitted to the bar of this State in 2006;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (negligent misappropriation of trust funds and failure to safeguard client funds), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit and misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a) and *RPC* 8.4(c), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2011–0295E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **SHANG KOO SHIM** of **FORT LEE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.